

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GILBERT LOPEZ, | § | |
| | § | |
| v. | § | Civil No. B-02-025 |
| | § | |
| AVENUE A, INC. | § | |

### AVENUE A, INC.'S DISCLOSURE OF FINANCIALLY INTERESTED ENTITIES

Pursuant to Paragraph 2 of the Order of Conference, Defendant Avenue A, Inc.. states that to its knowledge, the following persons and entities are financially interested in this litigation:

1. <u>Avenue A, Inc</u>.

2. Avenue A/NYC LLC, a New York limited liability company (sole member is Avenue A, , Inc..)

3. Avenue A Global Resources, Inc., a Washington corporation (100% of outstanding shares are owned by Avenue A, Inc.)

4. Merger Street, Inc., a Delaware corporation (100% of outstanding shares are owned by Avenue A, Inc.)

5. <u>National Casualty Company</u> (Avenue A, Inc.'s insurer)

6. Gilbert Lopez, Plaintiff

7. Michael R. Cowen, P.C. (Plaintiff's counsel)

8. Burr & Forman, L.L.P. (Plaintiff's counsel)

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

1

By: *Eduardo Roberto Rodriguez w/per RPR*
Eduardo Roberto Rodriguez
Attorney-in-charge
State Bar No. 1714400
Federal Admissions No. 1944
Mitchell C. Chaney
State Bar No. 04107500
Federal Admissions No. 1918
R. Patrick Rodriguez
State Bar No. 24002861
Federal Admissions No. 22949

Attorneys for Defendant Avenue A, Inc.

OF COUNSEL:

David J. Burman
Washington State Bar No. 10611
Elizabeth A. Alaniz
Washington State Bar No. 21096
PERKINS COIE, L.L.P. - SEATTLE
1201 Third Avenue
Seattle, Washington 98101
(206) 583-8888
Fax (206) 583-8500

## **CERTIFICATE OF SERVICE**

I, hereby certify that on this the ___26___ day of February 2002, a true and correct copy of the foregoing document was served via United States mail, via certified service, return receipt requested, and/or via fascimile to counsel of record as hereinbelow noted:

Michael R. Cowen
Michael R. Cowen, P.C.
765 East 7th Street, Suite A
Brownsville, Texas 78520 and

E. Clayton Lowe, Jr.
Burr & Forman, L.L.P.
Post Office Box 830719
Birmingham, Alabama 35283-0719
Attorneys for Plaintiff

_____
R. Patrick Rodriguez