4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 2 8 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GILBERT LOPEZ | § | |
| | § | |
| V. | § | C.A. NO. B-02-025 |
| | § | |
| AVENUE A, INC. | § | |

# GILBERT LOPEZ' LIST OF INTERESTED PARTIES

Pursuant to Paragraph 2 of the Order of Conference, Plaintiff, **GILBERT LOPEZ**, states that to his knowledge, the following persons and entities are financially interested in this litigation:

1. Gilbert Lopez, Plaintiff.

2. Michael R. Cowen, P.C. (Plaintiff's counsel)

3. Burr & Forman, L.L.P. (Plaintiff's counsel)

4. Avenue A, Inc.

5. Avenue A/NYC LLC, a New York limited liability company (sole member is Avenue A, Inc.)

6. Avenue A Global Resources, Inc., a Washington corporation (100% of outstanding shares are owned by Avenue A, Inc.)

7. Merger Street, Inc., a Delaware corporation (100% of outstanding shares are owned by Avenue A, Inc.)

8. National Casualty Company (Avenue A, Inc.'s insurer)

9. Rodriguez, Colvin & Chaney, L.L.P. (Defendant's counsel) and;

10. PERKINS COLE, L.L.P.-SEATTLE (Defendant's counsel).

Respectfully submitted,

MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520
(956) 541-4981
(956) 504-3674 (Facsimile)

_____
Michael R. Cowen
Texas Bar No. 00795306
Federal ID NO. 19967

OF COUNSEL:
E. Clayton Lowe, Jr.
Peter A. Grammas
Brent D. Hitson
Burr & Forman LLP
P.O. Box 830719
Birmingham, Alabama 35283-0719
(205) 254-3000

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

On this the 28th day of February, 2002, a true and correct copy of the above and foregoing document was sent to opposing counsel in the manner indicated below:

| | |
|---|---|
| Eduardo Roberto Rodriguez<br>Mitchell C. Chaney<br>R. Patrick Rodriguez<br>RODRIGUEZ, COLVIN & CHANEY<br>1201 East Van Buren Street<br>Brownsville, Tx. 78520 | **Fax No.: 956-541-2170**<br>**& Regular U.S. Mail** |
| David J. Burman<br>Elizabeth A. Alaniz<br>PERKINS COIE, L.L.P.-SEATTLE<br>1201 Third Avenue<br>Seattle, Washington 98101 | **Fax No.: 206-583-8500**<br>**& Regular U.S. Mail** |

_____
Michael R. Cowen