5

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

MAR 0 4 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **GILBERT LOPEZ,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. B-02-025** |
| | ) | |
| **AVENUE A, INC.,** | ) | |
| | ) | |
| **Defendant.** | | |

**PLAINTIFF'S MOTION TO REMAND**

COMES NOW the plaintiff, Gilbert Lopez ("plaintiff"), individually and for all members of the putative class, and moves the Court, pursuant to 28 U.S.C. § 1447(c), to enter an order remanding this case to the District Court of Cameron County, Texas, 404th Judicial District, from which it was improvidently removed by defendant, Avenue A, Inc. In support of this motion Plaintiff states the following:

1.     The Court lacks subject matter jurisdiction over this case as required by 28 U.S.C. § 1332 because the amount in controversy requirement is not satisfied. The damages sought by plaintiff and each class member he seeks to represent is less than $75,000.00, exclusive of interests and costs.

2.     Defendant's Notice of Removal was untimely.

3.     As further support for this motion, plaintiff submits Plaintiff's Memorandum in Support of Motion to Remand filed contemporaneously herewith.

WHEREFORE, PREMISES CONSIDERED, plaintiff moves the Court to enter an order (1) finding that this action was improvidently removed to this Court; (2) remanding this action to the state court from which it was removed; (3) awarding plaintiff, pursuant to 28 U.S.C. § 1447(c), costs, expenses and attorney's fees incurred as a result of defendant's removal; and (4) awarding such further and additional relief to which plaintiff may be entitled.

Respectfully submitted,

Michael R. Cowen
Federal I.D. No. 19967
Texas Bar No. 00795306

OF COUNSEL:

Michael R. Cowen, P.C.
Texas State Bar No. 00795306
765 East 7th Street, Suite A
Brownsville, Texas 78520
(956) 504-4981 (Office)
(956) 504-3674 (facsimile)

OF COUNSEL:

E. Clayton Lowe, Jr.
Texas State Bar No. 24033665
BURR & FORMAN, LLP
P. O. Box 830719
Birmingham, Alabama 35283-0719
(205) 251-3000 (Office)
(205) 458-5100 (facsimile)

**Attorneys for Plaintiff**

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing *Plaintiff's Motion to Remand* has been served on the following counsel of record:

Eduardo Roberto Rodriquez, Esq.
Mitchell C. Chaney, Esq.
Rodriguez, Colvin & Chaney, LLP
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522

David J. Burman, Esq.
Elizabeth A. Alaniz, Esq.
Perkins, Coie, LLP
1201 Third Avenue
Seattle, Washington 98101

By placing same in the United States mail, properly addressed and postage prepaid, this _4th_ day of ___march___, 2002.

_____
OF COUNSEL

3