United States District Court
Southern District of Texas
FILED

MAY 21 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GILBERT LOPEZ,<br><br>        Plaintiff,<br><br>v.<br><br>AVENUE A, INC.,<br><br>        Defendant. | CIVIL ACTION NO. B-02-25<br><br>**AGREED MOTION TO RESCHEDULE INITIAL PRETRIAL CONFERENCE** |

COME NOW Plaintiff Gilbert Lopez and Defendant Avenue A, Inc. and respectfully ask the Court to reschedule the Initial Pretrial Conference for at least 120 days beyond the current June 4, 2002 setting.

## I.   INTRODUCTION

Plaintiff Gilbert Lopez commenced the present action by filing an Original Petition in the 404th Judicial District Court for Cameron County, Texas on February 13, 2001, and serving it upon defendant Avenue A, Inc. ("Avenue A") on February 27, 2001. Avenue A answered the Petition on April 2, 2001, by generally denying plaintiff's allegations. *See* Tex. R. Civ. P. 92. Avenue A removed the action to this Court on February 12, 2002.

Plaintiff brings suit on behalf of himself and a purported class of similarly situated individuals in the State of Texas. Petition at 1, 4. Plaintiff alleges that Avenue A surreptitiously monitored individuals' use of the Internet World Wide Web and thereby created comprehensive profiles of such Internet users. *Id.* at 1–2. On the basis of this

alleged conduct, plaintiff asserts two causes of action—common law invasion of privacy and unjust enrichment. *Id.* at 16–17.

Pursuant to this Court's February 12, 2002 Order Setting Conference, this case is set for an Initial Pretrial Hearing on June 4, 2002 at 2:45 p.m.

## II.   REQUEST FOR RESCHEDULING OF INITIAL PRETRIAL CONFERENCE

For the reasons set forth below, both Plaintiff and Defendant respectfully request that the Court re-set the Initial Pretrial Conference in this case.

Initially, the parties would like to provide the Court with relevant background information regarding the present lawsuit, and other similar litigation currently pending against Avenue A., Inc. Avenue A has been named as a defendant in two similar cases currently pending in other jurisdictions. In connection with these other suits, the parties are currently engaged in serious and intensive settlement discussions in the formal context of the Ninth Circuit mediation process. The parties are extremely hopeful that, as a result of this process, all cases against Avenue A—including this lawsuit—will be finally and fully resolved by settlement very soon.

In this respect, the Court should be informed that a series of similar lawsuits against Doubleclick, another marketing service and technology company that utilizes the Internet, were brought by the same group of attorneys who have sued Avenue A. The Doubleclick litigation has recently been resolved by a nationwide class action settlement that is in the process of final court approval. The final approval hearing for the Doubleclick litigation is scheduled for May 21, 2002.

In light of these ongoing settlement negotiations, the parties respectfully request that the Court re-set the Initial Pretrial Conference for a date at least 120 days beyond the current June 4, 2002 setting. The continuance of the Initial Pretrial Conference is not sought for delay. Rather, in light of their guarded optimism that this case will be resolved in connection with the Ninth Circuit mediation, the parties would prefer not to unnecessarily burden this Court and to avoid engaging in what will most likely be difficult, time consuming and costly document discovery.

Should this case not settle, however, the parties agree to meet, confer and submit an agreed joint case management/discovery plan with a proposed discovery schedule for the Court's consideration within 30 days after conclusion of the mediation process, but no later than July 30, 2002. In the event the parties cannot agree on such a schedule, individual proposed schedules will be submitted.

However, should the Court prefer not to wait on the outcome of the Ninth Circuit mediation process, Defendant will promptly confer with Plaintiff and provide the Court with an amended Joint Discovery/Case Management Plan that addresses the issues set forth below with greater specificity. The parties will provide the amended Joint Discovery/Case Management Plan within 30 days following the Initial Pretrial Conference.

Attorneys for all parties agree to this Motion to Reschedule Initial Pretrial Conference and have signed this agreed motion.

This Motion to Reschedule Initial Pretrial Conference is not sought for delay, but so that justice may be done.

### III. CONCLUSION

For the reasons stated above, the parties ask the Court to reschedule the Initial Pretrial Conference for at least 120 days, until Wednesday, October 2, 2002.

Dated: May 20, 2002.

                        Respectfully submitted,

                        RODRIGUEZ, COLVIN & CHANEY, L.L.P.
                        1201 East Van Buren
                        Post Office Box 2155
                        Brownsville, Texas 78522
                        (956) 542-7441
                        Fax (956) 541-2170

                        By: _/s/ Edward Robert Rodriguez w/pm R Prtl_
                            Eduardo Roberto Rodriguez
                            Attorney-in-Charge
                            State Bar No. 17144000
                            Federal Admissions No. 1944
                            Mitchell C. Chaney
                            State Bar No. 04107500
                            Federal Admissions No. 1918
                            R. Patrick Rodriguez
                            State Bar No. 24002861
                            Federal Admissions No. 22949

                        ATTORNEYS FOR DEFENDANT, AVENUE A, INC.

OF COUNSEL:

Noah A. Levine
Washington State Bar No. 31275
David J. Burman
Washington State Bar No. 10611

Elizabeth A. Alaniz
Washington State Bar No. 21096
PERKINS COIE, LLP
1201 Third Avenue
Seattle, Washington 98101
(206) 583-8888
Fax (206) 583-8500

                              Respectfully submitted,

                              By: _____
                              Michael R. Cowen
                              Federal I.D. No. 19967
                              Texas Bar No. 00795306
                              765 East 7th Street, Suite A
                              Brownsville, Texas 78520
                              (956) 504-4981
                              (956) 504-3674

OF COUNSEL:

E. Clayton Lowe, Jr.
Texas State Bar No. 24033665
BURR & FORMAN, L.L.P.
P.O. BOX 830719
Birmingham, Alabama 35283-0719
(205) 251-3000
(205) 458-5100 (facsimile)

ATTORNEYS FOR PLAINTIFF, GILBERT LOPEZ