*10*

United States District Court
Southern District of Texas
ENTERED

MAY 3 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GILBERT LOPEZ,<br><br>        Plaintiff,<br><br>v.<br><br>AVENUE A, INC.,<br><br>        Defendant. | CIVIL ACTION NO. B-02-25<br><br>**ORDER GRANTING AGREED<br>MOTION TO RESCHEDULE INITIAL<br>PRETRIAL CONFERENCE** |

On the 28 day of May, 2002, the Court considered the Parties' Agreed Motion to Reschedule Initial PreTrial Conference in the above entitled and numbered cause and the Court after considering the Motion, Grants the Motion.

**THEREFORE, THE COURT ORDERS:**

That the Initial Pre-Trial Conference will be set on the 8th day of October, 2002 at 3:30 o'clock p m.

Signed this 28 day of May, 2002

_____
HILDA TAGLE
UNITED STATES DISTRICT JUDGE

AGREED MOTION TO RESCHEDULE INITIAL
PRETRIAL CONFERENCE (NO. B-02-25) - 6